**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ARMINAK SOLUTIONS LLC,, <br><br> Plaintiff, <br><br> v. <br><br> NATURE LABS, LLC and LOUIS RIVERS, IV, <br><br> Defendants. | HONORABLE JEROME B. SIMANDLE <br><br> Civil No. 18-5698 (JBS-KMW) <br><br> **DEFAULT JUDGMENT** <br> **AND FINAL JUDGMENT** |

This matter, having been opened to the Court by plaintiff Arminak Solutions, LLC (hereinafter, "Plaintiff") by and through its attorneys, by motion [Docket Item 7] seeks entry of Final Judgment on the first two claims contained in its Complaint against defendants Nature Labs, LLC and Louis Rivers IV (collectively, "Defendants") jointly and severally pursuant to Rules 54(b) and 55(b) of the Federal Rules of Civil Procedure.

Whereas, the Complaint in this matter was filed on April 9, 2018; service of the Summons and Complaint was duly made upon both Defendants on April 19, 2018; despite having been duly served with process, neither Defendants have answered or otherwise responded to the Complaint; the Clerk of the Court entered Defendants' Default on May 22, 2018; Plaintiff has presented competent proof of payment of $261,722.98 to Defendants; the Court has reviewed such proofs; and for good

cause having been shown for reasons stated in the Memorandum Opinion of today's date;

**IT IS** ON THIS  **23rd**  DAY OF **AUGUST**, **2018**:

**HEREBY ORDERED JUDGED AND DECREED** that, pursuant to Rules 54(b) and 55(b) of the Federal Rules of Civil Procedure, Plaintiff Arminak Solutions, LLC are entitled to, and hereby have, final judgment on the first two causes of action alleged in the Complaint, which are styled for breach of contract and unjust enrichment, against Defendants Nature Labs, LLC and Louis Rivers IV, jointly and severally, in the amount of **$261,722.98** plus interest from April 9, 2018; and it is further

**ORDERED** that the Clerk of Court shall enter judgment and **CLOSE** the docket.

 s/ Jerome B. Simandle 
JEROME B. SIMANDLE
U.S. District Judge